UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 09346
    DAVID E STEBBINS
    CHRISTINA M STEBBINS                   CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

            Debtor
    SSN XXX-XX-2501    SSN XXX-XX-2057

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/23/07 .

    2.  The case was dismissed without confirmation, 09/20/2007.

    3.  The Debtor paid a total of $   2629.00 .

------------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AFNI/VERIZON | UNSECURED | NOT FILED | .00 | .00 |
| AURORA PEDIATRIC CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |

            Summary of disbursements:
------------------------------------------------------------------------
| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, EDWARD J VARGA                   , was allowed $    .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $   2629.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 12/19/07                /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE

```
                          PAGE   2
CASE NO. 07 B 09346 DAVID E STEBBINS & CHRISTINA M STEBBINS
```